IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK L. BROWN, #213616, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:03cv467-A (WO) |
| RALPH HOOKS, et al., | ) ) ) | |
| Respondents. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 27, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief is DENIED and that the petition is DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this 11th day of May, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE