IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK L. BROWN, #213616, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03cv467-A |
| | ) | (WO) |
| RALPH HOOKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and hereby is dismissed without prejudice.

Done this 11th day of May, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE