IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DERRICK LAKEITH BROWN, #213616, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:03cv467-A |
| ) | |
| RALPH HOOKS, et al., ) | |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

This case is before the court on the Motion for Relief from Judgment (Doc. #22), filed by the Petitioner on May 23, 2005.  To the extent that the Petitioner requests that the court set aside its previous Order (Doc. #20), adopting the Recommendation of the Magistrate Judge based on the failure of Petitioner to file any objection, and the Final Judgment (Doc. #21) based upon such Order, on the grounds that the Petitioner had not received the Magistrate Judge's Recommendation in time to file a timely objection, the motion is GRANTED, and it is hereby

ORDERED that the previous Order and Judgment referred to above are VACATED and SET ASIDE.

The court now treats the Motion for Relief from Judgment as an objection to the Recommendation of the Magistrate Judge.  Petitioner argues that at no time did he "amend" his petition, but merely submitted the sworn affidavit of Gregory M. Ferguson in support of his previous claim of actual innocence.  A review of the record in this case, however, demonstrates that Brown did seek to supplement his petition with new facts in support of his actual innocence claim.  Additionally, although Brown may have presented a claim of actual innocence in the state

courts, he did not support such claim with the facts contained in the affidavit of Gregory M. Ferguson.  The Recommendation properly addressed this claim by the Petitioner, and the court agrees with the finding of the Magistrate Judge.  Therefore, it is hereby ORDERED as follows:

    1.  Petitioner's objection is OVERRULED.

    2.  The court ADOPTS the Recommendation of the Magistrate Judge, and the Petition is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

    3.  Final Judgment will be entered accordingly.

DONE this 8th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE