IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DERRICK LAKEITH BROWN, #213616, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:03cv467-A ) |
| RALPH HOOKS, et al., | ) ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is DENIED, and this action is hereby DISMISSED without prejudice.

DONE this 8th day of July, 2005.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE